```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16107
   DEBRA FRANCE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4163


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/06/06 and confirmed on 02/02/07.

    2.  The case was dismissed after confirmation, 12/05/2008.

    3.  The Debtor paid a total of $  41123.46 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING IN   CURRENT MORTG    34432.60              .00         34432.60
LITTON LOAN SERVICING IN   MORTGAGE ARRE     8668.21              .00          4484.62
INTERNAL REVENUE SERVICE   PRIORITY           495.78              .00              .00
UNITED LEGAL CORP          UNSECURED        NOT FILED             .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         7491.40              .00              .00
CAPITAL ONE BANK           UNSECURED         2252.19              .00              .00
ENH MEDICAL GROUP          UNSECURED        NOT FILED             .00              .00
FIRST MIDWEST BANK         UNSECURED        NOT FILED             .00              .00
KOHLS                      UNSECURED          559.68              .00              .00
MAGNUM CASH ADVANCE        UNSECURED        NOT FILED             .00              .00
METLIFE                    UNSECURED        NOT FILED             .00              .00
ONE CLICK CASH             UNSECURED        NOT FILED             .00              .00
ROUTE 66 FUNDING           UNSECURED        NOT FILED             .00              .00
TIMBER HILL INVESTMENTS    UNSECURED        NOT FILED             .00              .00
UNITED CASH LOANS          UNSECURED        NOT FILED             .00              .00
WELLS FARGO FINANCIAL IN   UNSECURED         9518.18              .00              .00
BASS & ASSOC               UNSECURED        NOT FILED             .00              .00
DAVID J AXELROD & ASSOC    UNSECURED          588.61              .00              .00
INTERNAL REVENUE SERVICE   UNSECURED           98.70              .00              .00

CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY      UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  43100.81       495.78      20508.76           .00        64105.35
PRINCIPAL PAID      38917.22          .00           .00           .00        38917.22
INTEREST PAID            .00          .00           .00           .00             .00
TOTAL PAID          38917.22          .00           .00           .00        38917.22
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC, was allowed $ 3000.00 and was paid $ 2638.00 direct and $ 362.00 through the plan.

The Trustee received $ 1844.24 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/11/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE